BWW#: 131006

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  
WILLIAM A. FRAZIER AKA WILLIAM ANTHONY FRAZIER  
    Debtor

Case No. 11-32784-DOT

Chapter 13

_____

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
    Movant

v.

WILLIAM A. FRAZIER AKA WILLIAM ANTHONY FRAZIER  
    Debtor/Respondent

and  
CARL M. BATES  
    Trustee/Respondent

_____

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of JPMorgan Chase Bank, National Association to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 12107 Merit Grove Court, Midlothian, VA 23112 and is more particularly described as follows:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH THE IMPROVEMENTS THEREON AND APPURTENANCES THERETO BELONGING, LYING AND BEING IN CHESTERFIELD COUNTY, VIRGINIA, KNOWN AND DESIGNATED AS LOT 7, SECTION 1, MERIT GROVE, AS SHOWN ON PLAT OF SUBDIVISION ENTITLED "MERIT GROVE" PREPARED BY POTTS, MINTER AND ASSOCIATES, P.C., DATED MARCH 21, 2001, RECORDED APRIL 17, 2001 IN THE CLERK'S OFFICE, CIRCUIT COURT, CHESTERFIELD COUNTY, VIRGINIA, IN PLAT BOOK 116, PAGE 69, AND TO WHICH PLAT REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE PROPERTY HEREBY CONVEYED. BEING THE SAME REAL ESTATE CONVEYED TO WILLIAM A. FRAZIER BE DEED FROM BEERS & WHITE, INC. A VIRGINIA CORPORATION, DATED

_____

Joseph M. LeNoir, VSB# 75124  
8100 Three Chopt Road, Suite 240  
Richmond, VA 23229  
(804)282-0463  
*Counsel for the Movant*

DECEMBER 10, 2001 TO BE RECORDED SIMULTANEOUSLY HEREWITH.,

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DONE at Richmond, Virginia, this _____ day of _____, 2013.

_____
Honorable Douglas O. Tice, Jr.
United States Bankruptcy Judge
Entered on Docket: _____

**I ASK FOR THIS:**

  /s/ Joseph M. LeNoir
Joseph M. LeNoir, VSB# 75124
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA  23229
(804)282-0463 (phone)
(804)282-0541 (facsimile)
*Counsel for the Movant*

Copy to:

BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA  23229

Julia Bonham Adair, Attorney at Law
Hathaway Adair, P.C., 3412 Cutshaw Ave
Richmond, VA  232301588

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Copy mailed to:

William A. Frazier aka William Anthony Frazier
12107 Merit Grove Court
Midlothian, VA  23112

## **CERTIFICATION**

The undersigned certifies that:

1. The foregoing Order Granting Relief from Stay is identical to the form order required by Standing Order No. 10-2 and that no modifications, additions, or deletions have been made; and

2. The foregoing Order Granting Relief from Stay has been or will be mailed via first class mail, postage prepaid, to all necessary parties and counsel herein in accordance with Local Rule 9022-1.

                                          */s/ Joseph M. LeNoir*
                                          Joseph M. LeNoir
                                          Attorney for Movant

13NODorder