# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

__Richmond__ Division

**In re**    William Anthony Frazier

                           Case No.    11-32784-KLP

         Debtor(s)             Chapter    13

**To:**    DT Credit Company, LLC
        PO BOX 29018
        PHOENIX, AZ 85038

## NOTICE OF FILING OF CLAIM BY DEBTOR, TRUSTEE OR OTHER ENTITY

Pursuant to Federal Rules of Bankruptcy Procedure 3004/3005, you are hereby notified that a proof of claim in the amount of $ __4000.00__ has been filed in your name by __Julia Adair, Attorney for Debtor__, on __5/28/15__.

                                         **CLERK, UNITED STATES BANKRUPTCY COURT**
                                         **EASTERN DISTRICT OF VIRGINIA**

                                         **By** __/s/ C. Baumgartner__
                                                    **Deputy Clerk**

Date: __May 29, 2015__

[ntcflclm ver. 05/10]